ROCKY LEE STEPHENSON v. R.A. JONES & CO., INC.
v. SUNSHINE BISCUIT, INC.

March 19, 1985.

Petition for certification granted.

WHITE CASTLE SYSTEMS, INC. v. MAYOR & COUNCIL
OF THE TOWNSHIP OF EAST BRUNSWICK.

March 19, 1985.

Petition for certification denied.

JOHN TORCHIA v. SELECTED RISKS INSURANCE COMPANY.

March 19, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS CRAWFORD.

March 19, 1985.

Petition for certification denied.